**THE SWEETWATER, A WILDERNESS LODGE, L.L.C., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5106.

United States Court of Appeals,
Federal Circuit.

May 2, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).